# EXHIBIT 2

| Product Name | Manufacturer | Age Group | Descriptions | URL | Page |
|---|---|---|---|---|---|
| 4pc Angry Birds Madness Bedding Set - Video Game Application Bed-in-Bag Twin Bed | Angry Birds | | Twin Bedding Set | https://www.amazon.com/angry-birds-complete-twin-bedding/dp/b0074aeptms | 1 |
| Angry Bird - by Rovio Books (Paperback) | Rovio | Baby - 3 Years | | https://www.target.com/p/angry-bird-by-rovio-books-paperback/-/A-81336408#lnk=sametab | 2 |
| Angry Birds 2 Movie Licensed Toy Play Construction Set | EDUKIE | 5-12 | Angry Birds Explore - Download and Scan | https://www.amazon.com/EDUKIE-Angry-Birds-Reds-House/dp/B0TWYDSLCL/ref=sr_1_6?dchild=1&keywords=angry+birds | 3 |
| Angry Birds 2 Party Supplies 4th Birthday Balloon Bouquet Decorations | Mayflower Products | 4 | | https://www.walmart.com/ip/Angry-Birds-2-Party-Supplies-4th-Birthday-Balloon-Bouquet-Decorations/326436788 | 4 |
| Angry Birds Action Game | ONLINE | 5+ | | https://www.walmart.com/ip/Angry-Birds-Action-Game/33357106 | 5 |
| Angry Birds Appitivity King Pig Figure Pack | Mattel | 4+ | Kids can immerse themselves in the action with these single packs that come with a touchscreen | https://toyvio.com/angry-birds-appitivity-king-pig-figure-pack/ | 6 |
| Angry Birds Black Hooded Towel | Jay Franco | | 10.40 x 7.20 x 4.10 Inches (LxWxH) | https://www.walmart.com/ip/Angry-Birds-Black-Hooded-Towel/132094077 | 7 |
| Angry Birds Collectible Figurines Red Bird & White Bird Figure 2-Pack | Commonwealth Toy & Novelty | 4+ | | https://www.walmart.com/ip/Collectible-Activity-Mess-Free-Stickers-Supplies/dp/B0877B3B2U/ref=sr_1_31?dchild=1&keywords=angry+birds | 8 |
| Angry Birds Coloring and Activity Set | ANGRY BIRDS MOVIE 2 | 3+ | Great fun for any little Angry Birds fan! | https://toyvio.com/angry-birds-coloring-and-activity-set/ | 9 |
| Angry Birds Cra-Z-Art No Mess Coloring Set | Mattel | 4+ | | https://toyvio.com/angry-birds-cra-z-art-no-mess-coloring-set/ | 10 |
| Angry Birds Explore Catablind Figures Mystery Pack | Jazwares | 6+ | Scan With App For Preview | https://toyvio.com/Angry-Birds-Explore-Catablind-Figures-Mystery-Pack/328660083 | 11 |
| Angry Birds Fuzzy Feather Flingers 2-Inch Pencil Toppers [Red, Yellow, Black & Pig] | Commonwealth Toys | 6+ | | https://toyvio.com/angry-birds-fuzzy-feather-flingers-2-inch-pencil-toppers-red-yellow-black-pig/ | 12 |
| angry birds go! playskool heroes king pig basher mini figure | Playskool | 3-7 | Angry Birds Explore - Download and Scan | https://toyvio.com/angry-birds-go-playskool-heroes-king-pig-basher-mini-figure/30040429 | 13 |
| Angry Birds Island Challenge Slot Car Set | Maisto | 5+ | | https://www.target.com/p/angry-birds-island-challenge-slot-car-set/-/A-76644705#lnk=sametab | 14 |
| Angry Birds Lite Force Morph Lite Series 1 Black Bird Flashlight | Tech4Kids | 6+ | | https://www.target.com/p/angry-birds-lite-force-morph-lite-series-1-black-bird-flashlight/ | 15 |
| Angry Birds Lunch Box | Accessory Innovations | | Pack some of your child's favorite foods into this kids' lunch box before a busy school day. | https://www.walmart.com/ip/Angry-Birds-Lunch-Box/365594285 | 16 |
| Angry Birds Mash'Em Series 1 Black Bird Power Launcher | Tech4Kids | 4+ | | https://toyvio.com/angry-birds-black-bird-power-launcher/ | 17 |
| Angry Birds Mission Flock Pack Leonard & Red Figure 2-Pack | Jazwares | 6+ | Scan With App For Preview - Unlock Exclusive Game Inside! | https://www.walmart.com/ip/Angry-Birds-Mission-Flock-Pack-Leonard-Red-Figure-2-Pack/813607113 | 18 |
| Angry Birds Paddle Ball Set | Commonwealth Toys | | | https://toyvio.com/angry-birds-paddle-ball-set/ | 19 |
| Angry Birds Pig 5-Inch Rubber Playground Ball | Commonwealth Toys | | Playground Ball | https://toyvio.com/angry-birds-pig-5-inch-rubber-playground-ball/ | 20 |
| Angry Birds Playset Asst | ONLINE | 4+ | | https://www.walmart.com/ip/Angry-Birds-Playset-Asst/48209912 | 21 |
| Angry Birds R/C Slingshot Racers | Maisto | 5+ | Angry Birds App Name - Download and Scan | https://www.amazon.com/Angry-Birds-Slingshot-Racers-Styles/dp/B07PP0YZ8M/ref=sr_1_53?dchild=1&keywords=angry+bird | 22 |
| Angry Birds Rage Racers | Maisto | 5+ | Angry Birds Explore - Download and Scan | https://www.amazon.com/Angry-Birds-Rage-Racers-Styles/dp/B07PP0YZ8M/ref=sr_1_33?dchild=1&keywords=angry+bird | 23 |
| Angry Birds School Supplies and Red Colored Zip-up Carry Case | Homework Supplies | | Perfect for back to school | https://www.walmart.com/ip/Angry-Birds-School-Supplies-and-Red-Colored-Zip-up-Carry-Case/294259961 | 24 |
| Angry Birds Star Wars Series 1 Mystery Pack | Hasbro, Inc. | 5+ | | https://toyvio.com/angry-birds-star-wars-series-1-mystery-pack/ | 25 |
| Angry Birds Star Wars Telepods Duel with Count Dooku Set | Star Wars | 5+ | Teleport Figures Into New App! Characters unlock in app. Check starwars/hasbro.com For 2013 app | https://www.walmart.com/ip/Angry-Birds-Star-Wars-Telepods-Duel-with-Count-Dooku-Set/24547348 | 26 |
| Angry Birds Star Wars Telepods: Jedi vs Sith | Angry Birds | 5+ | | https://www.amazon.com/Angry-Birds-Star-Wars-Sith/dp/B00EJ1X5G8 | 27 |
| Angry Birds Stella Telepods Tree House Playset Game [Stella, Luca, & Poppy] | Hasbro, Inc. | 6+ | Teleport Figures Into Angry Birds Stella App! Characters unlock in app. Check hasbro.com/abstella | https://toyvio.com/angry-birds-stella-telepods-tree-house-playset-game-stella-luca-poppy/ | 28 |
| Angry Birds White on Red Rubber Bracelet | Commonwealth Toys | | | https://toyvio.com/angry-birds-white-on-red-rubber-bracelet/ | 29 |
| Angry Birds: Birds in Space Game | Mattel | 5+ | | https://www.amazon.com/Angry-Birds-Space-Game/dp/B007I8H24A/ref=sr_1_40?dchild=1&keywords=angry+bird | 30 |
| Angry Birds: Knock On Wood Game | Mattel | 5+ | | https://www.walmart.com/ip/Angry-Birds-Knock-On-Wood-Game/842834219 | 31 |
| Autobird Jazz vs. Decepthog Brawl Pig | Transformers Angry Birds Telepods Action Figures | Hasbro, Inc. | 5+ | App Update! | https://www.target.com/p/autobird-jazz-vs-decepthog-brawl-pig-transformers-angry-birds-telepods-action-figures/-/A- | 32 |
| Commonwealth Toys Angry Birds Green Space Bird 16" Plush | Commonwealth Toys | 3+ | | https://www.target.com/p/commonwealth-toys-angry-birds-green-space-bird-16-plush/-/A-75502978#lnk=sametab | 33 |
| Commonwealth Toys Angry Birds Star Wars Yoda 16" Deluxe Plush | Toynk | 6+ | | https://www.target.com/p/commonwealth-toys-angry-birds-star-wars-yoda-16-deluxe-plush/-/A-75471701#lnk=sametab | 34 |
| Commonwealth Toys Angry Birds Super Launcher with Red Bird | Commonwealth Toys | 4+ | | https://www.target.com/p/commonwealth-toys-angry-birds-super-launcher-with-red-bird/-/A-75496353#lnk=sametab | 35 |
| Eraseez Angry Birds Eraser 2-Pack | MZB IMAGINATION | 6+ | | https://toyvio.com/eraseez-angry-birds-eraser-2-pack/ | 36 |
| Gobbit Angry Birds Party Game | Morning | 6+ | A new version of Gobbit, less competitive and more accessible to young children. | https://toyvio.com/Gobbit-Angry-Birds-Party-Game/355910829 | 37 |
| Hasbro Games Angry Birds Go! Memory Game | Hasbro, Inc. | 3+ | No Reading Required To Play | https://toyvio.com/p/Hasbro-Games-Angry-Birds-Go-Memory-Game/24808238 | 38 |
| K'nex Angry Birds K'Nex Series 2 Blind Bagged Figure | K'Nex | | | https://www.target.com/p/k-nex-angry-birds-k-nex-series-2-blind-bagged-figure/-/A-76477750#lnk=sametab | 39 |
| LEGO Angry Birds Piggy Plane Attack 75822 | LEGO | 6-12 | | https://www.target.com/p/LEGO-Angry-Birds-Piggy-Plane-Attack-75822/47335818 | 40 |
| License 2 Play Inc Angry Birds Movie 4.5" Plush Clip On: Red | Toynk | 2+ | | https://www.target.com/p/license-2-play-inc-angry-birds-movie-4-5-plush-clip-on-red/-/A-75512979#lnk=sametab | 41 |
| Paper Magic Angry Birds King Pig Infant Costume | Paper Magic | 0-9 months | | https://www.target.com/p/paper-magic-angry-birds-king-pig-infant-costume/-/A-79478911?lnk=sametab | 42 |
| Playskool Heroes Angry Birds Go! Red Bird Basher | Playskool | 3-7 | It's the Angry Birds app come to life, in collectible birds and pigs your little ones can roll and race! | https://www.walmart.com/ip/Playskool-Heroes-Angry-Birds-Go-Red-Bird-Basher/30040428 | 43 |
| SmartGames Angry Birds On Top | Generic | 5+ | | https://toyvio.com/p/SmartGames-Angry-Birds-On-Top/43246147 | 44 |
| Star Wars Angry Birds Jenga Anakin Podracer Exclusive Game | Hasbro, Inc. | 6+ | Special Value! Code Inside To Unlock Angry Birds Star Wars Game Content! | https://toyvio.com/star-wars-angry-birds-jenga-anakin-podracer-exclusive-game/ | 45 |
| Star Wars Angry Birds Jenga Tatooine Battle Game | Hasbro, Inc. | 8+ | Special Value! Code Inside To Unlock Angry Birds Star Wars Game Content! | https://toyvio.com/star-wars-angry-birds-jenga-tatooine-battle-game/ | 46 |
| Star Wars Angry Birds Koosh Tatooine Heroes Balls Set 1 | Hasbro, Inc. | 4+ | | https://toyvio.com/star-wars-angry-birds-koosh-tatooine-heroes-balls-set-1/ | 47 |
| Star Wars Angry Birds Luke Skywalker Bird 16-Inch Plush | Commonwealth Toys | | | https://www.target.com/p/star-wars-angry-birds-luke-skywalker-bird-16-inch-plush/ | 48 |
| The Angry Birds Movie 2: Best Enemies - (I Can Read Level 2) by Tomas Palacios (Paperback) | HarperCollins | 4-8 | I Can Read Level 2 | https://toyvio.com/p/the-angry-birds-movie-2-best-enemies-i-can-read-level-2-by-tomas-palacios-paperback/-/A- | 49 |
| World Tech Toys Angry Birds Red Heli Ball | World Tech Toys | | | https://www.kohls.com/product/prd-3758597/world-tech-toys-angry-birds-red-heli-ball.jsp?prdPV=1 | 50 |



































Home > Angry Birds > Games, Keychains, Mini Figures & More > Angry Birds Mash'Ems Series 1 Black Bird Power Launcher



## Angry Birds Mash'Ems Series 1 Black Bird Power Launcher
*TECH4KIDS*

☆☆☆☆☆ (No reviews yet)   Write a Review

**Availability:** In Stock
*Only 1 available. Order now!*

| Tech4Kids | Angry Birds | Mash'Ems Series 1 | Power Launcher |

Description | **Details**

SKU: angrymashemblack
UPC: 817758502010
STOCK #: 206512
Availability: In Stock
Condition: New

Company: Tech4Kids
Brand: Angry Birds
Series: Mash'Ems Series 1
Product Type: Power Launcher



**$89.99**

[−] 1 [+]   🛒 **ADD TO CART**

♥ Add to Wish List   ⌄



































































