**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa
United States Magistrate Judge**

**Clerk's Minutes**

*Balderas v. Rovio Entertainment Corporation*
Civ. No. 21-824 LF/KK

Friday, December 17, 2021 at 2:15 p.m.

**PLAINTIFFS' ATTORNEYS PRESENT**:	Brian E. McMath
	David F. Slade

**DEFENDANTS' ATTORNEYS PRESENT**:	Eric R. Burris
	Megan Soliz
	Joe Haupt

**TYPE OF PROCEEDING**:	Hearing on Joint Motion for Stipulated Protective Order
	Total Time – 8 minutes

**CLERK'S MINUTES:**

- The Court held a hearing on the Joint Stipulated Motion for Protective Order (Doc. 18) filed by Plaintiff the State of New Mexico *ex rel.* Hector Balderas, Attorney General and Defendant Rovio Entertainment Corporation.

- The Court discussed a concern it has with language related to deposition witnesses and its proposed changes. The parties concurred with the Court's proposed changes.

- The Court inquired about the meaning and intent of a section related to the provision of CONFIDENTIAL Information to witnesses. The parties explained. The Court being satisfied, advised the parties it will enter the Stipulated Protective Order with the modifications agreed to by the parties.

- The Court recessed.