IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *EX REL.*
HECTOR BALDERAS, ATTORNEY
GENERAL,

    *Plaintiff*,

v.                                      Case No. 1:21-CV-00824-DHU-KK

ROVIO ENTERTAINMENT
CORPORATION,

    *Defendant.*

## NOTICE OF COMPLETION OF BRIEFING

COMES NOW Rovio Entertainment Corporation ("Rovio"), by and through its attorneys of record, and pursuant to D.N.M.LR-Civ. 7.4(e), hereby submits this notice completion of briefing on its Rule 12(B)(1) and 12(B)(6) Motion to Dismiss Plaintiff's Complaint [Dkt. 1] and certifies that it is ready for decision. The following documents were filed with the Court:

| Doc. No. | Date Filed | Name of Document |
|---|---|---|
| 32 | 03/09/2022 | Defendant Rovio Entertainment Corporation's Rule 12(B)(1) and 12(B)(6) Motion to Dismiss Plaintiff's Complaint [Dkt. 1] |
| 39 | 04/06/2022 | Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint |
| 45 | 05/04/2022 | Defendant Rovio Entertainment Corp.'s Reply in Support of its Rule 12(B)(1) and 12(B)(6) Motion to Dismiss Plaintiff's Complaint [Dkt. 32]. |

Dated: May 4, 2022.

Respectfully submitted,

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By /s/ *Eric R. Burris*
    Eric R. Burris
    Debashree ("Reema") Nandy
    Joseph C. Haupt
    201 Third Street NW, Suite 1800
    Albuquerque, NM 87102
    Telephone:  (505) 244-0770
    Facsimile:     (505) 244-9266
    E-mail: eburris@bhfs.com
    rnandy@bhfs.com
    jhaupt@bhfs.com

**NORTON ROSE FULBRIGHT US LLP**

Jason K. Fagelman (admitted *pro hac vice)*
Philip A. Tarpley (admitted *pro hac vice*)
Megan J. Soliz (admitted *pro hac vice*)
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone:   (214) 855-8000
Facsimile:   (214) 855-8200
E-mail: jason.fagelman@nortonrosefulbright.com
philip.tarpley@nortonrosefulbright.com
megan.soliz@nortonrosefulbright.com

Chris Cwalina (*pro hac vice* application to be filed)
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
Telephone:   (202) 662-0200
Facsimile:    (202) 662-4643
E-mail: chris.cwalina@nortonrosefulbright.com

Steven Roosa (*pro hac vice* application to be filed)
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
E-mail: steven.roosa@nortonrosefulbright.com

*Attorneys for Defendant Rovio Entertainment Corporation*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 4, 2022, a true and correct copy of foregoing NOTICE OF COMPLETION OF BRIEFING was filed electronically pursuant to CM/ECF procedure for the United States District Court for the District of New Mexico, which caused the parties to be served via electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                /s/ *Eric R. Burris*
                                                Eric R. Burris

24119436