IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
HECTOR BALDERAS, ATTORNEY
GENERAL,

      Plaintiff,

v.

ROVIO ENTERTAINMENT
CORPORATION,

      Defendant.

Case No. 1:21-cv-00824-DHU-KK

## **ORDER**

    Upon Joint Motion of the Parties and good cause shown, the twenty-one (21) day deadline set forth in D.N.M.LR-Civ 26.6 and 37.1 to file a Motion to Compel relating to the Defendant's Responses to the Plaintiff's First Set of Interrogatories and Requests for Production is hereby suspended until further Order of the Court.

    IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

JOINTLY SUBMITTED AND APPROVED

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By */s/ Eric R. Burris*
    Eric R. Burris
    Debashree ("Reema") Nandy
    Joseph C. Haupt
    201 Third Street NW, Suite 1800
    Albuquerque, NM 87102
    Telephone:  (505) 244-0770
    Facsimile:  (505) 244-9266
    E-mail: eburris@bhfs.com
    rnandy@bhfs.com
    jhaupt@bhfs.com

Joshua S. Brown
Aldo Ponterosso
Abraham A. Tabaie
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301-1908
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
joshua.brown@skadden.com
aldo.ponterosso@skadden.com
abraham.tabaie@skadden.com

*Attorneys for Defendant Rovio Entertainment Corporation*

And

CARNEY BATES & PULLIAM, PLLC

By */s/ Electronically approved 10/31/22*
    Allen Carney (pro hac vice)
    Hank Bates (pro hac vice)
    519 W. 7th Street
    Little Rock, AR  72201
    Telephone:(501) 312-8500
    Email: acarney@cbplaw.com; hbates@cbplaw.com

ATTORNEY GENERAL OF NEW MEXICO
HECTOR H. BALDERAS

P. Cholla Khoury
Brian E. McMath
New Mexico Office of the Attorney General
Consumer & Environmental Protection Division
PO Drawer 1508
Santa Fe, NM  87504-1508
Telephone:     (505) 717-3500
Facsimile:      (505) 318-1050
Email: ckhoury@nmag.gov; bmcmath@nmag.gov

*Attorneys for Plaintiff*

24856618